FILED
17-0805
10/3/2017 9:43 AM
tex-19813735
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## NO. 11,711-L1

| IN THE INTEREST OF | § | IN COUNTY COURT AT LAW |
|---|---|---|
| | § | |
| H.L., H.L. AND C.L. | § | NUMBER 1 |
| | § | |
| CHILDREN | § | RANDALL COUNTY, TEXAS |

### ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL

On ___March 9, 2017___ the Court considered the Motion for Withdrawal of Counsel of CODY M. PIRTLE.

The Court finds that good cause exists for withdrawal of CODY M. PIRTLE as counsel.

The Court finds that a copy of the Motion for Withdrawal of Counsel was delivered to GARRETT LANDON, that GARRETT LANDON was notified in writing of the right to object to the motion, that GARRETT LANDON has not consented to the motion, that the last known address of GARRETT LANDON is ███ █████████████████████ ███, and that the pending settings and deadlines in the case are as follows:

None.

IT IS THEREFORE ORDERED that CODY M. PIRTLE is permitted to withdraw as counsel of record for GARRETT LANDON in this case.

The Court approves the substitution and that the substitution is not sought for delay only.

IT IS THEREFORE ORDERED that CODY M. PIRTLE is discharged as attorney of record and __Dale Rabe, P O Box 1257__, at __Childress__ __Texas__ __79201-1257__, Telephone No. (806) (940) __937-2543__ and Fax No. (806) (940) __937-3431__ and State Bar number __24027638__ is substituted as attorney of record for GARRETT LANDON.

The Court finds that the last known mailing address of GARRETT LANDON is ██ ██ ████████████████████████ and ORDERS that all notices in this case shall be either delivered to GARRETT LANDON in person or sent to GARRETT LANDON at that address by both certified and regular first-class mail.

The Court orders that CODY M. PIRTLE immediately notify GARRETT LANDON in writing of any additional settings or deadlines of which CODY M. PIRTLE now has knowledge and has not already notified GARRETT LANDON. The Court further orders CODY M. PIRTLE to make available to GARRETT LANDON, not later than twenty (20) days after the date of entry of this order, the originals of all of GARRETT LANDON's discovery responses and documents GARRETT LANDON has produced in response to discovery requests.

SIGNED on ___*March 9 ,2017*___

_____
JUDGE/PRESIDING